1  **DIANE M. REGAN**
   California State Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Diane_Regan@fd.org

5  Attorneys for Mr. Sandoval-Morales

8              UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                **(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. 08MJ8009-PCL |
| 12 | Plaintiff, ) | |
| 13 | v. ) | **NOTICE OF APPEARANCE** |
| 14 | RUFINO ALEJANDRO SANDOVAL-MORALES, ) | |
| 15 | Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                          Respectfully submitted,

Dated: January 11, 2008            */s/  Diane Regan*
                                          **DIANE M. REGAN**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Sandoval-Morales
                                          Email: Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 11, 2008         */s/ Diane Regan*
**DIANE M. REGAN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: Diane_Regan@fd.org