FILED

2008 JAN 23 PM 3:21

BY _____kmx_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '08 CR 0206-H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RUFINO ALEJANDRO SANDOVAL-MORALES, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about January 7, 2008, within the Southern District of California, defendant RUFINO ALEJANDRO SANDOVAL-MORALES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

WMC:nlv:Imperial
1/22/08

It is further alleged that defendant RUFINO ALEJANDRO SANDOVAL-MORALES was removed from the United States subsequent to March 21, 2006.

DATED: January 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney