1
KAREN P. HEWITT
United States Attorney
2
Lawrence A. Casper
Assistant U.S. Attorney
3
California State Bar No. 235110
United States Attorney's Office
4
880 Front Street, Room 6293
San Diego, California 92101-8893
5
Telephone: (619) 557-7455/(619)557-6741 (Fax)
E-mail: Lawrence.Casper@usdoj.gov
6
Attorneys for Plaintiff
7
United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr0206-H
                                      )
11                       Plaintiff,   )   NOTICE OF APPEARANCE
                                      )
12              v.                    )
                                      )
13   RUFINO   ALEJANDRO   SANDOVAL-   )
     MORALES,                         )
14                                    )
                                      )
15                       Defendant.

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24   activity in this case:

25        Name (If none, enter "None" below)

26

27

28

1      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u> (If none, enter "None" below)

6        None

7

8        Please call me if you have any questions about this notice.

9        DATED: February 11, 2008

                                        Respectfully submitted,

10
                                        KAREN P. HEWITT
11                                      United States Attorney

12                                      s/Lawrence A. Casper
                                        _____
13                                      LAWRENCE A. CASPER
                                        Assistant United States Attorney
14                                      Attorneys for Plaintiff
                                        United States of America
15                                      Email: Lawrence.Casper@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Rufino Alejandro Sandoval-Morales                            08cr0206-H

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,                )                Case No. 08cr0206-H
                                                                    )
          Plaintiff,                                        )
                                                                    )
          v.                                                  )                CERTIFICATE OF SERVICE
                                                                    )
RUFINO ALEJANDRO SANDOVAL-        )
MORALES,                                                )
                                                                    )
                                                                    )
                                                                    )
          Defendant.                                    )
                                                                    )

IT IS HEREBY CERTIFIED THAT:

I, LAWRENCE A. CASPER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Diane Marie Regan
           Diane_Regan@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2008.

                                s/Lawrence A. Casper
                                LAWRENCE A. CASPER