1  **HANNI M. FAKHOURY**
California Bar No. 252629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Hanni_Fakhoury@fd.org

5  Attorneys for Mr. Sandoval-Morales

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0206-H |
| Plaintiff, | ) | DATE: February 25, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS: |
| **RUFINO SANDOVAL-MORALES**, | ) | |
| | ) | (1) TO COMPEL DISCOVERY; |
| Defendant. | ) | (2) PRESERVE EVIDENCE; |
| | ) | (3) TO DISMISS THE INDICTMENT FOR FAILURE TO ALLEGE ESSENTIAL ELEMENTS OF THE OFFENSE; |
| | ) | (4) TO SUPPRESS STATEMENTS AND HOLD A VOLUNTARINESS HEARING; AND |
| | ) | (5) FOR LEAVE TO FILE FURTHER MOTIONS |

20  **TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:**

22     PLEASE TAKE NOTICE that on February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel

23  may be heard, defendant, RUFINO SANDOVAL-MORALES, by and through his attorneys, Hanni M.

24  Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

25  following motions.

26  ///

27  ///

28  ///

**MOTIONS**

Defendant, RUFINO SANDOVAL-MORALES, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery;

(2)   Preserve Evidence;

(3)   Dismiss the Indictment For Failure To Allege Essential Elements of the Offense;

(4)   Suppress Statements and Hold a Voluntariness Hearing; and

(5)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 14, 2008         *s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Sandoval-Morales

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Lawrence A. Casper,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Lawrence.Casper@usdoj.gov

Dated: February 14, 2008              /s/ *Hanni Fakhoury*
                                     HANNI M. FAKHOURY
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     e-mail: Hanni_Fakhoury@fd.org