1 **HANNI M. FAKHOURY**
California Bar No. 252629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Hanni_Fakhoury@fd.org

5 Attorneys for Mr. Sandoval-Morales

6

7

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0206-H |
| | ) | |
| 12         Plaintiff, | ) | DATE: February 25, 2008 |
| | ) | TIME: 2:00 p.m. |
| 13 v. | ) | |
| | ) | NOTICE OF MOTION AND MOTION: |
| 14 **RUFINO SANDOVAL-MORALES**, | ) | |
| | ) | (1)  TO DISMISS THE INDICTMENT DUE TO |
| 15         Defendant. | ) | IMPROPER GRAND JURY INSTRUCTIONS |
| | ) | |
| 16 | ) | |

17 **TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**
   **LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:**
18

19       PLEASE TAKE NOTICE that on February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel

20 may be heard, defendant, RUFINO SANDOVAL-MORALES, by and through his attorneys, Hanni M.

21 Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

22 following motion.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

**MOTION**

2    Defendant, Rufino Sandoval-Morales, by and through his attorneys, Hanni M. Fakhoury and Federal

3  Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

4  of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5    (1) Dismiss the Indictment Due to Improper Grand Jury Instructions

6    This motions is based upon the instant motion and notice of motion, the attached statement of facts

7  and memorandum of points and authorities, the files and records in the above-captioned matter, and any and

8  all other materials that may come to this Court's attention prior to or during the hearing of this motion.

9                                         Respectfully submitted,

10

11  Dated: February 14, 2008                      *s/ Hanni M. Fakhoury*
                                              **HANNI M. FAKHOURY**
12                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Sandoval-Morales
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   Lawrence A. Casper,
    Assistant United States Attorney
5   880 Front Street
    Room 6293
6   San Diego, CA 92101
    (619)557-5610
7   Fax: (619)557-3445
    Email: Lawrence.Casper@usdoj.gov

8

9
    Dated: February 14, 2008                    /s/ *Hanni Fakhoury*
10                                               HANNI M. FAKHOURY
                                                 Federal Defenders
11                                               225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
12                                               (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
13                                               e-mail: Hanni_Fakhoury@fd.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28