**HANNI M. FAKHOURY**
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3717
hanni_fakhoury@fd.org

Attorneys for Mr. Sandoval-Morales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-CR-0206-H |
| Plaintiff, | ) ) | DATE: February 25, 2008 |
| v. | ) ) | TIME: 2:00 p.m. |
| **RUFINO SANDOVAL-MORALES**, | ) ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) ) ) | |

     Mr. Sandoval-Morales, by and through his attorney, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., moves this Court for an order shortening time for filing Mr. Sandoval-Morales's motions to <u>Compel Discovery</u>, <u>Dismiss the Indictment for Failure to Allege Essential Elements</u>, <u>Suppress Statements and Hold a Voluntariness Hearing</u>, <u>Dismiss the Indictment for Grand Jury Violation</u> and <u>Motion for Leave to File Other Motions</u> (docket number 9) in addition to <u>Motion to Dismiss Indictment Due to Improper Grand Jury Instructions</u> (docket number 10) to eleven (11) days, to be heard February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

     Due to delay in transferring the file from El Centro to defense counsel, defense counsel only became aware of this case on Wednesday February 13, 2008 and has not had an opportunity to review the case or discovery.

                                                      Respectfully submitted,

Dated: February 14, 2008                   */s/ Hanni M. Fakhoury*
                                                     **HANNI M. FAKHOURY**
                                                     Federal Defenders of San Diego, Inc.
                                                     Attorneys for Mr. Sandoval-Morales

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Lawrence A. Casper,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Lawrence.Casper@usdoj.gov

Dated: February 14, 2008        /s/ *Hanni Fakhoury*
                                HANNI M. FAKHOURY
                                Federal Defenders
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                e-mail: Hanni_Fakhoury@fd.org