UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0206-H |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHORTEN TIME** |
| v. | ) | |
| **RUFINO SANDOVAL-MORALES**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that time for hearing the defendant's motions be shortened to eleven (11) days, to be heard February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard. The Court reserves the right to continue the hearing if the government requires additional time.

**SO ORDERED.**

Dated:   February 20, 2008

_____
HONORABLE MARILYN L. HUFF
United States District Judge

08CR0206-H